AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WALKER, JOHN M. | Second Circuit Court of Appeals | 10/28/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 1/1/2012 to 12/31/2012 |

**7. Chambers or Office Address**

157 Church Street
New Haven, CT 06510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. --COMMON STOCK-- | | | | | | | | | |
| 2. AES CORP | A | Dividend | J | T | Buy | 08/07/12 | K | | |
| 3. AFC ENTERPRISES | | None | K | T | Buy | 04/20/12 | J | | |
| 4. ALLSTATE CORP | A | Dividend | K | T | | | | | |
| 5. AMERICAN INT'L GROUP | | None | K | T | Buy (add'l) | 09/14/12 | K | | |
| 6. AMERICAN TOWER INC | A | Dividend | L | T | Sold (part) | 02/15/12 | J | B | |
| 7. APPLE INC | A | Dividend | K | T | Buy (add'l) | 08/17/12 | J | | |
| 8. | | | | | Sold (part) | 11/20/12 | K | B | |
| 9. ARTIC GLACIER INC FD | | None | J | T | | | | | |
| 10. ATHENA HEALTH INC | | None | L | T | Sold (part) | 05/04/12 | L | E | |
| 11. AT & T INC COM | A | Dividend | J | T | Buy (add'l) | 02/01/12 | J | | |
| 12. | | | | | Sold | 11/20/12 | K | D | |
| 13. BED BATH & BEYOND | | None | K | T | Buy (add'l) | 01/10/12 | J | | |
| 14. | | | | | Sold (part) | 11/20/12 | K | E | |
| 15. BERKSHIRE HATHAWAY | | None | K | T | Buy (add'l) | 08/15/12 | K | | |
| 16. | | | | | Sold (part) | 11/20/12 | K | B | |
| 17. BHP BILLITON LTD SPONSORED ADR | B | Dividend | K | T | Buy (add'l) | 03/13/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/20/12 | K | B | |
| 19. CARMAX | | None | K | T | | | | | |
| 20. CELGENCE CORP | | None | | | Sold | 05/04/12 | K | D | |
| 21. CHEVRON CORP | C | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 22. | | | | | Sold (part) | 11/20/12 | L | E | |
| 23. CINCINNATI BELL INC | | None | K | T | | | | | |
| 24. CISCO SYSTEMS INC | A | Dividend | | | Buy (add'l) | 01/10/12 | J | | |
| 25. | | | | | Sold | 03/13/12 | K | D | |
| 26. CLEAR CHANNEL OUTDOOR | A | Dividend | | | Sold | 09/28/12 | J | D | |
| 27. CLEAR MEDIA LTD. | A | Dividend | J | T | | | | | |
| 28. CLEARWIRE CORP | | None | | | Sold | 12/20/12 | J | | |
| 29. CONCORD MEDICAL SVCS HOLDINGS ADR | | None | J | T | | | | | |
| 30. CROWN HOLDINGS | | None | K | T | | | | | |
| 31. DELL INC | | None | | | Buy | 03/15/12 | L | | |
| 32. | | | | | Sold | 05/23/12 | L | | |
| 33. DENNY'S CORP | | None | K | T | Buy (add'l) | 02/02/12 | J | | |
| 34. DISCOVERY COMMUNICATIONS | | None | | | Sold | 03/13/12 | K | D | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DEVON ENERGY CORP | A | Dividend | J | T | Buy (add'l) | 03/06/12 | K | | |
| 36. | | | | | Sold (part) | 11/20/12 | K | | |
| 37. ENERGY TRANSFER PARTNERS LP | B | Dividend | K | T | Buy (add'l) | 02/29/12 | L | | |
| 38. | | | | | Sold (part) | 11/20/12 | K | | |
| 39. ENSCO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 40. FACEBOOK INC CL A | | None | J | T | Buy | 05/23/12 | K | | |
| 41. | | | | | Sold (part) | 11/20/12 | J | | |
| 42. GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 43. GLADSTONE COMM CORP | B | Dividend | J | T | | | | | |
| 44. INTERNAP NETWORK SERVICES | | None | K | T | Buy | 11/29/12 | K | | |
| 45. INTERNATIONAL BUSINESS MACHINES | B | Dividend | K | T | Buy (add'l) | 06/11/12 | J | | |
| 46. | | | | | Sold (part) | 11/20/12 | K | E | |
| 47. IRIDIUM COMMUNICATIONS | | None | K | T | Buy (add'l) | 03/14/12 | J | | |
| 48. JP MORGAN CHASE | A | Dividend | K | T | Buy | 06/11/12 | L | | |
| 49. | | | | | Sold (part) | 11/20/12 | K | A | |
| 50. K12 INC COM | | None | | | Sold | 07/02/12 | K | C | |
| 51. KINDER MORGAN ENERGY PARTNERS | B | Dividend | K | T | Sold (part) | 11/14/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LABORATORY CORP AMER HOLDINGS | | None | K | T | Buy (add'l) | 01/10/12 | K | | |
| 53. | | | | | Sold (part) | 11/20/12 | K | | |
| 54. LAMAR ADVERTISING | | None | | | Sold | 09/25/12 | J | D | |
| 55. LOWES CO INC | B | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 56. | | | | | Sold (part) | 11/20/12 | L | E | |
| 57. MARKEL CORPORATION | | None | K | T | | | | | |
| 58. MASTERCARD INC CL A | A | Dividend | K | T | Buy (add'l) | 02/08/12 | L | | |
| 59. | | | | | Sold (part) | 11/20/12 | L | D | |
| 60. MICROS SYSTEMS INC | | None | K | T | | | | | |
| 61. MICROSOFT CORP | B | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 62. | | | | | Sold (part) | 11/20/12 | K | A | |
| 63. MILLICOM INTERNATIONAL | B | Dividend | K | T | | | | | |
| 64. NEOGEN CORP | | None | J | T | Buy (add'l) | 01/10/12 | J | | |
| 65. | | | | | Sold (part) | 11/20/12 | K | E | |
| 66. NII HOLDINGS | | None | K | T | Buy | 09/20/12 | K | | |
| 67. NOVARTIS AG SPONSORED ADR | B | Dividend | J | T | Buy (add'l) | 01/10/12 | J | | |
| 68. | | | | | Sold (part) | 11/20/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ORACLE CORPORATION | A | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 70. | | | | | Sold (part) | 11/20/12 | K | E | |
| 71. PEPSICO INC | B | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 72. | | | | | Sold (part) | 05/04/12 | J | B | |
| 73. | | | | | Sold (part) | 11/20/12 | K | D | |
| 74. PHILIP MORRIS INTL INC COM | C | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 75. | | | | | Sold (part) | 11/20/12 | L | E | |
| 76. PIONEER NATURAL | A | Dividend | K | T | | | | | |
| 77. POOL CORP | A | Dividend | K | T | Sold (part) | 04/20/12 | J | A | |
| 78. PRIME INFASTRUCTURE HOLDINGS | | None | J | T | | | | | |
| 79. PRIMO WATER CORP | | None | | | Sold | 07/09/12 | J | | |
| 80. PROCTOR & GAMBLE | C | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 81. | | | | | Sold (part) | 11/20/12 | L | E | |
| 82. REDDY ICE HOLDINGS INC | | None | J | T | Buy | 10/30/12 | J | | |
| 83. ROYAL BANK CANADA | A | Dividend | J | T | Buy | 08/31/12 | J | | |
| 84. SIX FLAGS ENTMT CORP | A | Dividend | K | T | | | | | |
| 85. SMUCKER JM & CO | B | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/20/12 | L | E | |
| 87. SOLARWINDS INC COM | | None | K | T | Buy (add'l) | 01/10/12 | J | | |
| 88. | | | | | Sold (part) | 02/29/12 | K | D | |
| 89. | | | | | Sold (part) | 11/20/12 | K | E | |
| 90. STRAYER ED INC COM | A | Dividend | | | Buy (add'l) | 03/12/12 | J | | |
| 91. | | | | | Sold | 04/19/12 | K | B | |
| 92. SUNRISE SENIOR LIVING INC | | None | | | Sold | 08/28/12 | K | D | |
| 93. SUPER MICRO COMPUTER INC | | None | J | T | Buy (add'l) | 01/10/12 | J | | |
| 94. | | | | | Sold (part) | 11/20/12 | K | C | |
| 95. TAIWAN SEMICONDUCTOR | B | Dividend | J | T | Buy (add'l) | 07/30/12 | J | | |
| 96. | | | | | Sold (part) | 11/20/12 | K | E | |
| 97. TIME WARNER CABLE | A | Dividend | K | T | | | | | |
| 98. UNITED TECHNOLOGIES CORP | A | Dividend | | | Buy (add'l) | 03/12/12 | J | | |
| 99. | | | | | Sold | 11/20/12 | K | B | |
| 100. UNIVERSAL DISPLAY CORP | | None | K | T | | | | | |
| 101. URSTADT BIDDLE PPT A | B | Dividend | K | T | | | | | |
| 102. VARIAN MEDICAL SYSTEMS | | None | | | Sold | 03/12/12 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WALMART STORES INC | C | Dividend | K | T | Buy (add'l) | 01/03/12 | J | | |
| 104. | | | | | Sold (part) | 11/20/12 | L | E | |
| 105. WELLS FARGO & CO NEW | B | Dividend | K | T | Buy (add'l) | 02/03/12 | K | | |
| 106. | | | | | Sold (part) | 11/20/12 | K | B | |
| 107. | | | | | | | | | |
| 108. --CASH & EQUIVALENTS-- | | | | | | | | | |
| 109. PERSHING GOVT ACCOUNT | A | Interest | K | T | | | | | |
| 110. FIDELITY CASH | A | Interest | K | T | | | | | |
| 111. DREYFUS TREASURY PRIME INV SH | A | Dividend | K | T | | | | | |
| 112. --LIMITED PARTNERSHIP- | | | | | | | | | |
| 113. BROOKFIELD INFRASTRUCTURE PARTNERS | B | Dividend | K | T | | | | | |
| 114. --CORPORATE BONDS-- | | | | | | | | | |
| 115. REDDY ICE CORP 13.25 DUE 11/1/2015 | | None | | | Merged (with line 82) | 10/30/12 | | | |
| 116. GENERAL ELECTRIC CORP CAP MED TERM | A | Interest | | | Buy | 02/15/12 | K | | |
| 117. | | | | | Sold | 05/07/12 | K | | |
| 118. --BANK ACCOUNTS-- | | | | | | | | | |
| 119. BANK OF AMERICA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  CITIBANK | A | Interest | J | T | | | | | |
| 121.  PEOPLES BANK | A | Interest | J | T | | | | | |
| 122. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 10/28/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN M. WALKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544